# NOVARA TESIJA, P.L.L.C. ATTORNEYS AND COUNSELORS AT LAW

John J. Tesija*
Michael A. Novara**
Edward J. Pasternak
Brett Huebner
Bryan M. Beckerman
Paul O. Catenacci
Benjamin Schepis

*Also Admitted in Ohio
**Also Admitted in Nevada

Of Counsel
Gary W. Novara, P.L.L.C.
David A. Priehs, P.C.

July 21, 2011

Noida Construction, LLC
554 Cleveland
Lincoln Park, MI 48146

Re: **Michigan Regional Council of Carpenters Fringe Benefit Funds**
    **-Noida Construction, L.L.C.**

Dear Sir/Madam:

Pursuant to our July 15, 2011 meeting, it was agreed by the parties that your company would make the following payments regarding the June 10, 2011 outstanding audit amount of $2,317.15:

$ 500.00 due on or before July 30, 2011;
$ 500.00 due on or before August 30, 2011; and
$1,317.15 due on or before September 30, 2011.

As discussed, please sign where indicated and return the signed original copy to our office in the enclosed, self-address, stamped envelope.

Thank you for your prompt attention and cooperation in this matter. If you should have any questions, comments, or concerns, please feel free to contact this office.

Very truly yours,

NOVARA TESIJA, P.L.L.C.

Bryan M. Beckerman

Noida Construction, L.L.C. hereby accepts the payment terms indicated above.

By: _____
    Noida Construction, L.L.C.
    Authorized Representative

BMB/pn
cc: Kim Vaughn, Collection Coordinator
    BeneSys, Inc.
    Stefansky, Holloway & Nichols, Inc.

W:\FUNDS\mrcc\COLLECT.JDC\CORRESP\GENERAL\Noida Constructionpaymentagreement.doc